THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JEREMY SAUL, M.D.**                                                                                  **PLAINTIFF**

**v.**                         **Case No. 4:20-cv-00786-KGB**

**LINCOLN NATIONAL LIFE**
**INSURANCE COMPANY,** *et al.*                                                  **DEFENDANTS**

## ORDER

Before the Court is a motion for voluntary dismissal of separate defendants RCCH Healthcare Partners ("RCCH") and Russellville Holdings, LLC d/b/a/ St. Mary's Regional Medical Center ("St. Mary's") filed by plaintiff Jeremy Saul, M.D. (Dkt. No. 3). Dr. Saul moves to dismiss voluntarily all claims against separate defendants RCCH and St. Mary's without prejudice, pursuant to Rule 41 of the Arkansas Rules of Civil Procedure (*Id.*, ¶ 1). For good cause shown, the Court grants Dr. Saul's motion for voluntary dismissal (Dkt. No. 3). Separate defendants RCCH and St. Mary's are dismissed without prejudice as defendants in this action.

So ordered this the 26th day of June 2020.

                                                                                              _____
                                                                                              Kristine G. Baker
                                                                                              United States District Judge