**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**JEREMY SAUL, M.D.**                                                                                    **PLAINTIFF**

**v.**                                      **Case No. 4:20-cv-00786-KGB**

**THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY**                                                                      **DEFENDANT**

**ORDER**

Before the Court is the parties' joint stipulation of dismissal (Dkt. No. 31).   The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).   For good cause shown, the Court adopts the stipulation of dismissal.   The action is dismissed with prejudice, with each party to bear its own costs, attorneys' fees, and expenses.

It is so ordered this 24th day of June, 2022.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge